UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AMMAR MEKARI, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 23-5362** |
| **ACCESS RESTORATION SERVICES US, INC., ET AL.** | **SECTION: "B" (2)** |

## ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiffs to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), (b)(3) & (b)(6) is **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Motion to Consolidate is **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 1st day of March, 2024

_____
SENIOR UNITED STATES DISTRICT JUDGE